United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, et al., | NO. C 08-05413 JW |
| Petitioners, | **ORDER GRANTING VERIFIED PETITION TO ENFORCE IRS SUMMONS** |
| v. | |
| Gerardo Cuevas, dba San Jose Residential Realty, Inc., | |
| Respondent. | |

Presently before the Court is Petitioners' Verified Petition to Enforce Internal Revenue Service Summons. (hereafter, "Verified Petition," Docket Item No. 1.) Petitioners seek judicial enforcement of the subject summons and to compel Respondent to give such testimony and produce such items as are required by the summons. Petitioners also seek costs in this proceeding and any other relief as may be necessary and proper. The Court GRANTS Petitioners' Verified Petition.

Congress has vested the Internal Revenue Service ("IRS") with broad investigative powers to enforce the tax laws, including the authority to issue summons for the purposes of inquiring into any offense connected with the administration or enforcement of the internal revenue laws. 26 U.S.C. § 7602(a)-(b); Tornay v. United States, 840 F.2d 1424, 1431 (9th Cir. 1988). To enforce a summons, the IRS must establish that the summons (1) is issued for a legitimate purpose; (2) seeks information that may be relevant to that purpose; (3) seeks information that is not already in the IRS's possession; and (4) satisfies all of the administrative steps set forth in the Internal Revenue Code.

1 United States v. Powell, 379 U.S. 48, 57-58 (1964).  The IRS may use a declaration to establish that
2 the Powell factors are satisfied.  Crystal v. United States, 172 F.3d 1141, 1144 (9th Cir. 1999).

3   Here, Petitioners have satisfied the required elements set forth in Powell.  First, in the
4 Verified Petition, Petitioners indicate that the summons has been issued for the legitimate purpose of
5 attempting to obtain information related to Respondent's tax liabilities and to prepare a Collection
6 Information Statement for tax collection purposes.  (Verified Petition ¶¶ 3, 4, 6, 7.)  Second, the
7 summons seeks records regarding income, assets and liabilities that are relevant to ascertain
8 Respondent's tax liability.  (Id. ¶¶ 4, 6; See Ex. A.)  Third, the Verified Petition declares that
9 Petitioners do not have the information sought in their possession.  Lastly, the Verified Petition
10 states that all administrative steps required by the Internal Revenue Code for issuance of the
11 summons have been taken and that there has been no referral to the Department of Justice for
12 criminal prosecution of the matters described in the summons.  (Id. ¶¶ 6, 12, 13.)

13   Although the record demonstrates that Respondent was served at his last and usual place of
14 abode, he failed to respond to the summons.  (Verified Petition ¶¶ 7, 9, 10, 11.)  Petitioners provided
15 Respondent with a second opportunity to comply but Respondent did not take appropriate action.

16   Accordingly, the Court GRANTS Petitioners' Verified Petition to Enforce IRS Summons
17 under 26 U.S.C. § 7602(a).

18   The Court therefore orders the enforcement of the IRS summons sought by Petitioners and
19 orders Respondent to appear before the IRS on **April 6, 2009** to provide testimony and produce the
20 documents and records requested by Petitioners.

21   Petitioners shall serve this Order to Respondent on or before **March 20, 2009** and file the
22 appropriate certificate of service with the Court.

23

24 Dated:  March 13, 2009           _____
                     JAMES WARE
25                      United States District Judge

**United States District Court**
For the Northern District of California

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov

| | |
|---|---|
| **Dated:  March 13, 2009** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>      **Elizabeth Garcia**<br>      **Courtroom Deputy** |