United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 08-05413 JW |
|       Petitioner, | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
|   v. | |
| Gerardo Cuevas, | |
|       Respondent. | |

On April 13, 2009, the parties are scheduled to appear for a case management conference. In light of the Court's April 3, 2009 Order denying Petitioner's Application for Amended Order to Show Cause (Docket Item No. 11), the Court finds that a case management conference is unnecessary at this time.

Accordingly, the April 13, 2009 case management conference is VACATED. Petitioner shall serve this Order on Respondent.

Dated: April 8, 2009

                                                          JAMES WARE
                                                        United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated: April 8, 2009**                                    **Richard W. Wieking, Clerk**

                                                            **By:      /s/ JW Chambers**
                                                                  **Elizabeth Garcia**
                                                                  **Courtroom Deputy**