**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 08-05413 JW |
| Petitioner, | **ORDER TO SHOW CAUSE RE: CONTEMPT** |
| v. | |
| Gerardo Cuevas, | |
| Respondent. | |

Presently before the Court is Petitioner's Application for Entry of an Order to Show Cause Re: Contempt. (See Docket Item No. 16.)

On May 18, 2009, Respondent was scheduled to appear before the IRS to provide testimony and produce the documents and records requested by Petitioner. (See Docket Item No. 11.) According to a declaration filed by an IRS Revenue Officer on behalf of Petitioner, Respondent appeared before IRS on May 18, 2009 and provided a financial statement. (Declaration of Belden B. Granada ¶ 2, hereafter, "Granada Decl.," Docket Item No. 16.) However, Respondent did not produce other financial records or provide testimony pursuant to Petitioner's request and the Court's April 3, 2009 Order. (Granada Decl. ¶¶ 2-4.)

Based on the representations submitted to the Court by Petitioner, the Court GRANTS Petitioner's Application for Entry of an Order to Show Case Re: Contempt. Accordingly, Respondent shall appear on **July 6, 2009 at 9 a.m.** and show cause, if any, as to why he should not be held in contempt and subject to sanctions for his failure to appear before the IRS and provide the

information requested by Petitioner. On or before **June 26, 2009**, Respondent shall file a response which sets forth in factual summary the reason he has failed to do so.

Petitioner shall serve this Order on Respondent on or before **June 19, 2009** and file the appropriate certificate of service.

Dated: June 12, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

**Dated: June 12, 2009**                    **Richard W. Wieking, Clerk**

                                            **By:     /s/ JW Chambers**
                                                  **Elizabeth Garcia**
                                                  **Courtroom Deputy**

**United States District Court**
For the Northern District of California