IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| United States of America, | NO. C 08-05413 JW |
| Petitioner, | **AMENDED ORDER TO SHOW CAUSE RE: CONTEMPT** |
| v. | |
| Gerardo Cuevas, | |
| Respondent. | |

Presently before the Court is Petitioner's Application for Entry of an Order to Show Cause Re: Contempt and Proposed Amended Order to Show Cause. (See Docket Item Nos. 16, 18, 19.)

On May 18, 2009, Respondent was scheduled to appear before the IRS to provide testimony and produce the documents and records requested by Petitioner. (See Docket Item No. 11.) According to a declaration filed by an IRS Revenue Officer on behalf of Petitioner, Respondent appeared before IRS on May 18, 2009 and provided a financial statement. (Declaration of Belden B. Granada ¶ 2, hereafter, "Granada Decl.," Docket Item No. 16.) However, Respondent did not produce other financial records or provide testimony pursuant to Petitioner's request and the Court's April 3, 2009 Order. (Granada Decl. ¶¶ 2-4.)

On June 12, 2009, the Court granted Petitioner's Application. The Court ordered Petitioner to serve Respondent on or before June 19, 2009 and set an Order to Show Cause hearing for July 6, 2009. (Docket Item No. 17.) On June 26, 2009, Petitioner filed an Amended Petition seeking additional time to serve Respondent. (Docket Item No. 18.)

1  Based on the representations submitted to the Court by Petitioner, the Court GRANTS
2  Petitioner's Amended Application for Entry of an Order to Show Case Re: Contempt. Accordingly,
3  Respondent shall appear on **September 14, 2009 at 9 a.m.** and show cause, if any, as to why he
4  should not be held in contempt and subject to sanctions for his failure to appear before the IRS and
5  provide the information requested by Petitioner. On or before **September 4, 2009**, Respondent shall
6  file a response which sets forth in factual summary the reason he has failed to do so.

7  Petitioner shall serve this Order on Respondent on or before **July 31, 2009** and file the
8  appropriate certificate of service.

10  Dated: July 1, 2009

JAMES WARE
United States District Judge

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Blake D. Stamm blake.d.stamm2@usdoj.gov
Thomas Moore tom.moore@usdoj.gov

| | |
|---|---|
| **Dated: July 1, 2009** | **Richard W. Wieking, Clerk** |
| | **By:  /s/ JW Chambers**       **Elizabeth Garcia**       **Courtroom Deputy** |