JOSEPH P. RUSSONIELLO  (CSBN 44332)
United States Attorney
THOMAS MOORE  (ASBN 4305-O78T)
Assistant United States Attorney
 9th Floor Federal Building
 450 Golden Gate Avenue, Box 36055
 San Francisco, California 94102
 Telephone:  (415) 436-7017

Attorneys for United States of America

**IT IS SO ORDERED AS MODIFIED**
*Judge James Ware*

IN THE UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA and BELDEN GRANADA, Revenue Officer,**       )<br>      )<br>**Petitioners,**       )<br>      )<br>**vs.**       )<br>      )<br>**GERARDO CUEVAS,**       )<br>      )<br>**Respondent.**       )<br>      ) | Case No. C-08-05413-JW<br><br>**STIPULATION TO CONTINUE CONTEMPT HEARING AND [~~proposed~~] ORDER** |

It is hereby stipulated by and between petitioner United States of America and respondent Gerardo Cuevas, through their respective counsel, that the contempt hearing scheduled for September 14, 2009, be continued to **November 16, 2009 at 9 a.m.,**  so that parties may attempt full compliance with the summons at issue.

                                          JOSEPH P. RUSSONIELLO
                                          United States Attorney

 /s/                                      /s/
ERIC F. HARTMAN                           THOMAS MOORE
Attorney for Gerardo Cuevas               Assistant United States Attorney


**PURSUANT TO STIPULATION, IT IS SO ORDERED AS MODIFIED.**
On or before **November 6, 2009**, the parties shall file a Joint Status Report Re: Compliance or the appropriate Dismissal in light of Compliance.

Dated: September 9, 2009                  *James Ware*
                                          UNITED STATES DISTRICT JUDGE