1 JOSEPH P. RUSSONIELLO (CSBN 44332)
  United States Attorney
2 THOMAS MOORE (ASBN 4305-O78T)
  Assistant United States Attorney
3 Chief, Tax Division
    9th Floor Federal Building
4   450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
5   Telephone: (415) 436-7017
    Fax:       (415) 436-6748
6 Attorneys for the United States of America

7

8                   UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12 | UNITED STATES OF AMERICA and        )
   | BELDEN GRANADA, Revenue Officer,    )
13 |                                     )  NO. C 08-05413 JW
   |            Petitioners,             )
14 |                                     )
   |        v.                           )  STIPULATION TO DISMISS
15 |                                     )  AND
   | GERARDO CUEVAS,                     )  [PROPOSED] ORDER
16 |                                     )
   |            Respondent.              )
17 |_____)

18      It is hereby stipulated by between petitioners, United States of America and Belden

19 Granada and respondent Gerardo Cuevas, through their respective counsel, that this be

20 dismissed, each party to bear their own costs and attorneys' fees.

21                                          JOSEPH P. RUSSONIELLO
                                            United States Attorney
22

23                                          /s/ THOMAS MOORE
   _____                _____
24 Eric F. Hartman                          THOMAS MOORE
   Attorney for Gerardo Cuevas              Assistant United States Attorney
25                                          Attorneys for the Petitioners

26

27      PURSUANT TO STIPULATION, IT IS SO ORDERED.
   The November 16, 2009 hearing is vacated. The Clerk shall close this file.
28
   Dated:  10/30/2009
                                            _____
                                            UNITED STATES DISTRICT JUDGE